**Motions Granted and Order filed September 20, 2016**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-16-00176-CR**
**NO. 14-16-00177-CR**
**NO. 14-16-00178-CR**

_____

**JASSSAN RASHAAD HUGHES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1413584, 1392199, 1413583**

---

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes these appeals are wholly frivolous and without merit. Appellant filed a motion to review the record and file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). The motion is **GRANTED**.

Accordingly, we hereby direct the Judge of the 174th District Court to afford appellant an opportunity to view the trial records in accordance with local procedure; that

the clerk of that court furnish the records to appellant on or before **October 5, 2016;** that the clerk of that court certify to this court the date on which delivery of the records to appellant is made; and that appellant file his pro se brief with this court within 30 days of that date.


PER CURIAM